■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN NICOMETO, Appellant. [864 NYS2d 363]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered November 29, 2006. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree and robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Hurlbutt, J.P., Smith, Centra, Fahey and Gorski, JJ.